# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

JAMES MCKEE,

    Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC

    Defendant(s).

## NOTICE OF REMOVAL PURSUANT 28 U.S.C. § 1441
## [FEDERAL QUESTION JURISDICTION]

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal for the above-captioned action to this Court and states as follows:

1. Experian is a named Defendant in Civil Action No. 2019C652 filed by Plaintiff James McKee ("Plaintiff") in the County Court for the State of Colorado, Boulder County (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the County Court for the State of Colorado, Boulder County, on July 11, 2019. Defendant Experian was served with the Summons and Complaint on July 23, 2019.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based. *See* 28 U.S.C. § 1446(b).

4.  This Court is the proper district court for removal because the State Court Action is pending within this district.

5.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibit A**.  To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers are on the docket in the State Court Action.

6.  Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

9.  The claims for relief alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

11.  Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, who is pro se, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Experian notices the removal of this case to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §1441 *et seq.*

Dated: AuAugust 23, 2019

Respectfully Submitted,

By: *s/ Tyler J. Bates*
Robyn B. Averbach
Tyler J. Bates
RUEBEL & QUILLEN LLC
8461 Turnpike Drive, Suite 106
Westminster, CO 80031
Telephone: (888) 989-1777
Facsimile : (303) 362-5724
Email: robyn@rq-law.com
tyler@rq-law.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2019, I presented the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL PURSUANT 28 U.S.C. § 1441 [FEDERAL QUESTION JURISDICTION]** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

James McKee
2885 Sanford Avenue SW #44476
Grandville, MI 49418
Telephone: (720) 593-2150
Pro Se

*s/ Stephanie Arnold*
Stephanie Arnold, Paralegal